**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00568-REB-BNB

JEFFREY MARK EDWARDS,

    Plaintiff,

v.

SODEXHO, INC.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation of Dismissal With Prejudice** [#17] filed June 16, 2009.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#17] filed June 16, 2009, is **APPROVED**;

2. That any pending motion is **DENIED** as moot; and

3. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated June 16, 2009, at Denver, Colorado.

                                              BY THE COURT:

                                              */s/ Bob Blackburn*
                                              Robert E. Blackburn
                                              United States District Judge